Melinda Haag
United States Attorney
450 Golden Gate Ave (11th Floor)
San Francisco, CA 94102
Telephone: (415) 436-7200

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 15-70919-MAG |
| Plaintiff, | |
| v. | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| Teddy Bear Paradise | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on 7/21/2015, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☐ Indictment   ☐ Information   ☐ Criminal Complaint   ☒ Other Sup Rel Violation

pending in the Southern District of Texas, Case Number 4:14 cr 23

In that case, the defendant is charged with a violation(s) of Title(s) _____ United States Code, Section(s) _____.

Description of Charges: Supervised Release Violation

Respectfully Submitted.
Melinda Haag
UNITED STATES ATTORNEY

Date: 7/22/15

Assistant U.S. Attorney

1

AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
UNITED STATES MARSHAL
15 JUL 13 PM 3: 55
SOUTHERN DIST. S/TX

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Teddy Bear Paradise<br>a.k.a Denise O'Neal<br><br>_____<br>Defendant | ) ) ) ) ) ) ) | Case No. 4:14-cr-23-1 |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Teddy Bear Paradise a.k.a Denise O'Neal _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Vio. Nos.: 1-2

Date: 07/13/2015 _____                     _____
                                                                                         Issuing officer's signature

City and state:   Houston, TX _____          A. Williams, Deputy Clerk
                                                                                         Printed name and title

| Return |
|---|
| This warrant was received on (date) _____, and the person was arrested on (date) _____<br>at (city and state) _____.<br><br>Date: _____                                     _____<br>                                                                                Arresting officer's signature<br><br>                                                                                _____<br>                                                                                Printed name and title |

PROB 12C
(07/06)

RECEIVED
UNITED STATES MARSHAL

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

15 JUL 13 PM 3:55

SOUTHERN DIST. S/TX

**Petition for Warrant or Summons for Offender Under Supervision**

| | | | |
|---|---|---|---|
| Name of Offender: | Teddy Bear Paradise A/K/A Denise O'Neal | Case Number: | 04:14CR00023-001 |

Name of Sentencing Judge: The Honorable Gray H. Miller

Date of Original Sentence: November 18, 2014

Original Offense: Threat against the President of the United States of America, in violation of 18 U.S.C § 871

Original Sentence: 21 months custody followed by 3 years supervised release and pay a $100 special assessment. Special Conditions: Drug Testing and Mental Health Treatment

| | | | |
|---|---|---|---|
| Type of Supervision: | Supervised Release | Supervision Started: | July 2, 2015 |
| Assistant U.S. Attorney: | Julie N. Searle | Defense Attorney: | Marjorie A. Meyes, FPD |

### EARLIER COURT ACTION

None

### PETITIONING THE COURT

**TO ISSUE A WARRANT** for defendant located at Houston, Texas

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **THE DEFENDANT MUST REPORT TO THE PROBATION OFFICE IN THE DISTRICT TO WHICH THE DEFENDANT IS RELEASED WITHIN 72 HOURS OF RELEASE FROM THE CUSTODY OF THE BUREAU OF PRISON(MANDATORY CONDITION).** On July 2, 2015, Ms. Paradise was instructed by her Bureau of Prison case manager to report to the probation office within 72 hours of release. As of this writing, Ms. Paradise has failed to report and her whereabouts are unknown at this time. |

TRUE COPY I CERTIFY
ATTEST: 7/13/15
DAVID J. BRADLEY, Clerk of Court
By _____
Deputy Clerk

Paradise, Teddy Bear
Dkt. No.: 04:12CR00023-001
Page 2

2      **THE DEFENDANT SHALL FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER(STANDARD CONDITIONS).** On June 22, 2015, a letter instructing Ms. Paradise to report to the probation office on July 6, 2015, before 3:00 p.m., was sent to the Bureau of Prisons. A Bureau of Prisons case manager provided the letter to Ms. Paradise and she acknowledging an understanding by her signature. As of this writing, Ms. Paradise has failed to report and her whereabouts are unknown at this time.

U.S. Probation Officer Recommendation:

[X] The term of supervision should be
    [X] revoked.
    [ ] extended for years, for a total term of years.

[ ] The conditions of supervision should be modified:

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Approved:                                                  Respectfully submitted:

by

_____                  _____
Javier Garcia, Supervising                        Reginald C. Hollins
U.S. Probation Officer                              Senior U.S. Probation Officer
                                                                    July 9, 2015

Name of Offender: Paradise, Teddy Bear
Case Number: 04:12CR00023-001
Page Number: 3

---

THE COURT ORDERS:

[ ]   No Action

[X]   The Issuance of a Warrant, and no bond.

[ ]   The Issuance of a Warrant, and a bond of $_____ cash/surety with supervision as directed by the Probation Officer as a condition of said bond.

[ ]   The Issuance of a Summons.

[ ]   Other:

_____
Gray H. Miller
U. S. District Judge

7/13/2015
_____
Date